SLIP OP. 99-14

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| NOVUS INTERNATIONAL, INC., DEGUSSA CORPORATION, AND RHONE-POULENC ANIMAL NUTRITION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 99-01-00007 |

### ORDER

Upon consideration of the consent motion for a voluntary remand, it is hereby

ORDERED that the case is remanded to the Department of Commerce for reconsideration of the Final Results of Expedited Sunset Review on Synthetic Methionine from Japan, 63 Fed. Reg. 67665 (Dec. 8, 1998); and it is further

ORDERED that, upon remand, Commerce consider the 48 percent rate from the Treasury Department's less-than-fair value investigation of synthetic methionine from Japan as a possible appropriate indicator of the magnitude of dumping that would prevail were the dumping finding on synthetic methionine from Japan to be revoked.

Gregory W. Carman
JUDGE

Dated: January 27, 1999
New York, N.Y.